# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  REAPPOINTMENT TO         :  No. 283
                                 :
DISCIPLINARY BOARD               :  DISCIPLINARY BOARD APPOINTMENT
                                    DOCKET


## O R D E R


**PER CURIAM:**


AND NOW, this 30th day of January, 2015, David E. Schwager, Esquire, Luzerne County, is hereby reappointed as a member of the Disciplinary Board for a term of three years commencing April 1, 2015.